**BROWN RUDNICK LLP**
David J. Molton
Daniel J. Saval
Seven Times Square
New York, New York 10036
(212) 209-4800

**BEUS GILBERT PLLC**
Leo R. Beus (admitted *pro hac vice*)
Timothy J. Paris (admitted *pro hac vice*)
701 North 44th Street
Phoenix, Arizona 85008
(480) 429-3000

Brian T. Rice
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

*Co-Counsel for Harbour Trust Co. Ltd.,
as SPhinX Trustee for the SPhinX Trust*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PLUSFUNDS GROUP, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 06-10402 (JLG) |

## NOTICE OF APPEAL

Harbour Trust Co. Ltd., as SPhinX Trustee for the SPhinX Trust established under the *Fifth Amended Plan of Liquidation of PlusFunds Group, Inc. Under Chapter 11 of the United States Bankruptcy Code* [Docket No. 454] and the SPhinX Trust Agreement, hereby appeals to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8002(a) and 8003(a) of the Federal Rules of Bankruptcy Procedure, from the Court's (i) *Memorandum Decision Denying Renewed Motion of the SPhinX Trustee to Reopen Chapter 11 Case Following Remand from the United States Court of Appeals for the Second Circuit* [Docket No. 818], dated April 21, 2015, a copy of which is attached hereto as **Exhibit A**, and (ii) *Order Denying Renewed Motion of the SPhinX Trustee to Reopen Chapter 11 Case*

*Following Remand from the United States Court of Appeals for the Second Circuit* [Docket No. 819], dated April 28, 2015, a copy of which is attached hereto as **Exhibit B** ((i) and (ii), together, the "Decision").

The parties to the Decision and the names, addresses, and telephone numbers of their respective counsel are:

| Party | Counsel |
|---|---|
| Harbour Trust Co. Ltd. | **BROWN RUDNICK LLP**<br>David J. Molton<br>Daniel J. Saval<br>Seven Times Square<br>New York, New York 10036<br>(212) 209-4800<br><br>Brian T. Rice<br>One Financial Center<br>Boston, Massachusetts 02111<br>(617) 856-8200<br><br>**BEUS GILBERT PLLC**<br>Leo R. Beus<br>Timothy J. Paris<br>701 North 44th Street<br>Phoenix, Arizona 85008<br>(480) 429-3000 |
| Robert Aaron; Derivatives Portfolio Management, Ltd.; Derivatives Portfolio Management, LLC; DPM Mellon Limited; and DPM Mellon, LLC | **DLA PIPER LLP**<br>Gregg M. Galardi<br>Daniel G. Egan<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4500<br><br>Andrew O. Bunn<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>(973) 520-2550 |

Dated: May 1, 2015                                    Respectfully submitted,

**BROWN RUDNICK LLP**

/s/ David J. Molton
David J. Molton
Daniel J. Saval
Seven Times Square
New York, New York 10036
(212) 209-4800

Brian T. Rice
One Financial Center
Boston, Massachusetts 02111
(617) 856-8200

- and -

**BEUS GILBERT PLLC**

Leo R. Beus (admitted *pro hac vice*)
Timothy J. Paris (admitted *pro hac vice*)
701 North 44th Street
Phoenix, Arizona 85008
(480) 429-3000

*Co-Counsel for Harbour Trust Co. Ltd.,
as SPhinX Trustee for the SPhinX Trust*